JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC DECKER,** | Case No. 8:10-CV-01120-CJC-RC |
| Plaintiff, | **ORDER** |
| vs. | |
| **FIRST NATIONAL COLLECTION BUREAU, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED THAT this proceeding be dismissed, on the merits, and with prejudice based on the parties' Joint Request to Dismiss With Prejudice through their respective counsel, each party to bear his or its own attorneys' fees and costs.

Dated this 17th day of September, 2010.

_____
The Honorable Cormac J. Carney